Edgar Lee Warren, In pro per
Inmate ID:137286
Butte County Jail-B-Pod-GG-2
35 County Center Dr.
Oroville, Ca 95965

FILED

08 JUL -3 AM II: 34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)

MHP

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Edgar Lee Warren

                                    Plaintiff,

    vs.

Butte County Jail,
Top medical staff
and Doctors           Defendant.

CV 08 3207

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I Edgar Lee Warren, declare, under penalty of perjury that I am the
plaintiff in the above entitled case and that the information I offer throughout this application
is true and correct. I offer this application in support of my request to proceed without being
required to prepay the full amount of fees, costs or give security. I state that because of my
poverty I am unable to pay the costs of this action or give security, and that I believe that I am
entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: N/A _____    Net: _____

Employer: _____

_____

APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   *I have never worked and*

5   *Edgar Lee Warren was on SSI in - 2004 #*

6   _____

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9        a.      Business, Profession or                Yes ____ No _X_

10               self employment

11       b.      Income from stocks, bonds,            Yes ____ No _X_

12               or royalties?

13       c.      Rent payments?                         Yes ____ No _X_

14       d.      Pensions, annuities, or               Yes ____ No _X_

15               life insurance payments?

16       e.      Federal or State welfare payments,    Yes ____ No _X_

17               Social Security or other govern-

18               ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   *N/A* _____

22   _____

23   3.      Are you married?                          Yes ____ No _X_

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____     Net $_____

28   4.      a.      List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2         support and indicate how much you contribute toward their support. (NOTE:

3         For minor children, list only their initials and ages. DO NOT INCLUDE

4         THEIR NAMES.).

5    NoNe _____

6    _____

7    5.    Do you own or are you buying a home?        Yes ___ No _X_

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?                    Yes ___ No ___

10   Make NONe_____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   NoNe _____

16   Present balance(s): $ N/H _____

17   Do you own any cash? Yes ___ No _X_ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ___ No _X_

20   NoN-c _____

21   8.    What are your monthly expenses?                    .

22   Rent: $ NoNc _____ Utilities: _____

23   Food: $ _____ Clothing: _____

24   Charge Accounts:

25   Name of Account        Monthly Payment            Total Owed on This Acct.

26   NoNe _____    $ _____    $ _____

27   _____    $ _____    $ _____

28   _____    $ _____    $ _____

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable. Do not include account numbers.)

3    _NoNe_

4

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?   Yes _X_ No ____

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed. *When I Was at the Jail at Los Angeles ca*

9    *I had an attorney File something I don't Know*

10    *What the out correcls I cannot coriant MN attorney becci*

11        I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    *June 23-2008*      *Edgar Lee Warren*

17      DATE            SIGNATURE OF APPLICANT

18    *my attorney name in the other case is*

19    *MR. FRdeRick M. McNeill*

20    *Phone number (310) 497-2124*

21    *2011 HRlington HV*

22

23    *Los HNgcles, ca 90018*

24

25

26

27

28

1

2          Case Number: _____

3

4

5

6

7

8                    **CERTIFICATE OF FUNDS**

9                              **IN**

10                 **PRISONER'S ACCOUNT**

11

12         I certify that attached hereto is a true and correct copy of the prisoner's trust account

13    statement showing transactions of *Edgar Lee Warren* for the last six months at

14                              [prisoner name]

15    *Butte County Jail* _____ where (s)he is confined.

16                    [name of institution]

17         I further certify that the average deposits each month to this prisoner's account for the most

18    recent 6-month period were $ ___𝒪___ and the average balance in the prisoner's account

19    each month for the most recent 6-month period was $.55 &___.

20

21    Dated: *June 23-2008*        _____

22                              [Authorized officer of the institution]

23    Sergean and Officer here at Butte County Jail on The
24    Date June 19-2008# say they is not going to put any
      Submit a certificate of Funds in Prisons Account
25    Prison any more and sergeant and officer The
      Is not going to attach a copy of your Edgar Lee
26    Warren prisoner trust account statement showing
      trasactons for the last six months and warren
27    have all of B-Pod here at Butte county Jail as
      Witnesses on This Issues and warren have any money
28    on his books six months. But 55& - so send what He
      got that showing in This Jail and that all I can do
      and so on and so on. Sinature Edgar Lee Warren
                              Date June 23-2008