OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

PENALTY FOR PRIVATE USE, $300

RETURN TO SENDER
ADDRESSEE UNKNOWN

BUTTE COUNTY SHERIFF'S DEPT.
☒ NOT IN CUSTODY
☐ OPENED FOR INSPECTION
☐ RETURN TO SENDER

Edgar Lee Warren
Oroville Ca. 95965

RECEIVED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

UNITED STATES POSTAGE
02 1A
0004329882
MAILED FROM ZIP C



OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

MAILED FROM ZIP CODE 94102

ADDRESSEE UNKNOWN
RETURN TO SENDER

BUTTE COUNTY SHERIFF'S DEPT.
☐ NOT IN CUSTODY
☐ OPENED FOR INSPECTION
☐ RETURN TO SENDER

Edgar Lee Warren
Oroville Ca. 95965

RECEIVED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

Case 3:08-cv-03207-MHP    Document 5    Filed 07/21/2008    Page 3 of 5

FILED

08 JUL -3 AM 11: 33

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name WARREN         Lee        Edgar
3     (Last)           (First)      (Initial)

4  Prisoner Number Edgar Lee WARREN

5  Institutional Address 35 County Center DR Oroville, ca 95965

6

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

8  Edgar Lee WARREN                     CV 08-filing 3207
9  (Enter the full name of plaintiff in this action.)

10        vs.                            Case No. _____
                                         (To be provided by the Clerk of Court)
11  Butte County Jail
                                         **COMPLAINT UNDER THE**
12  Sergeant BROWFIELD                   **CIVIL RIGHTS ACT,**
                                         Title 42 U.S.C § 1983
13  Sergeant COOLEY

14  OFFICER THORNTON
    (Enter the full name of the defendant(s) in this action)
15

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.   Exhaustion of Administrative Remedies.

18  [**Note:** You must exhaust your administrative remedies before your claim can go

19  forward. The court will dismiss any unexhausted claims.]

20  A.   Place of present confinement Edgar Lee WARREN

21  B.   Is there a grievance procedure in this institution?

22       YES ( )   NO (X)

23  C.   Did you present the facts in your complaint for review through the grievance

24       procedure?

25       YES ( )   NO (X)

26  D.   If your answer is YES, list the appeal number and the date and result of the

27       appeal at each level of review. If you did not pursue a certain level of appeal,

28       explain why.

COMPLAINT                              - 1 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV 08 3207 MHP**

**(PR)**

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   ✓ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ✓ Other   No IFP APPLICATION

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

WARREN

rev. 11/07